**Opinion issued October 25, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00940-CV

_____

## IN RE ERIC BROWN AND ROSALIND A. BROWN, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On October 9, 2012, relators, Eric Brown and Rosalind A. Brown, filed a petition for writ of mandamus, asking this Court to direct respondent[*] to dismiss

---

[*] This proceeding arises out of *In the Interest of A. B., a Child*, No. 12-DCV-197,806, in the 387th District Court of Fort Bend County, Texas, the Honorable Robert J. Kern, presiding.  However, the respondent here is the Honorable Eric Andell, visiting judge.

the case below on the ground that respondent lacks authority to make rulings in the case. *See* TEX. R. APP. P. 52. Relators have filed a motion to dismiss the petition.

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.